# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

## 4:22-cv-00103-SCJ
## Corn v. Dolgencorp, LLC
## Honorable Walter E. Johnson

Minute Sheet for proceedings held on 09/13/2023.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 12:30 P.M.
TIME IN COURT: 2:30
OFFICE LOCATION: Rome

DEPUTY CLERK: Kari Butler

| | |
|---|---|
| ATTORNEY(S) PRESENT: | James Astin representing Tony Corn
Erica Morton representing Dolgencorp, LLC
Nicholas Rego representing Tony Corn
Brianna Tucker representing Dolgencorp, LLC |
| OTHER(S) PRESENT: | Tony Corn
Barbara Corn
Kris Wardinski |
| PROCEEDING CATEGORY: | Mediation |
| MINUTE TEXT: | Mediation held on 9/13/2023. Case settled. |
| HEARING STATUS: | Hearing Concluded |