IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

TONY CORN,

    Plaintiff,

v.

DOLGEN CORP, LLC,

    Defendant.

CIVIL ACTION FILE

NO. 4:22-CV-0103-SCJ

## O R D E R

The parties to this matter participated in a settlement conference before Magistrate Judge Walter E. Johnson on September 13, 2023 [Doc. 48]. During mediation, the parties reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 13th day of September, 2023.

                                      s/Steve C. Jones
                                      STEVE C. JONES
                                      UNITED STATES DISTRICT JUDGE